**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | No. 589 EAL 2017 |
| v. | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| VAMSIDHAR VURIMINDI AND ANN BORIS | |
| PETITION OF: VAMSIDHAR VURIMINDI | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | No. 590 EAL 2017 |
| v. | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| VAMSIDHAR VURIMINDI AND ANN BORIS | |
| PETITION OF: VAMSIDHAR VURIMINDI | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | No. 591 EAL 2017 |
| v. | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| VAMSIDHAR VURIMINDI AND ANN BORIS | |
| PETITION OF: VAMSIDHAR VURIMINDI | |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | No. 592 EAL 2017 |

|                                              |     |                                                                    |
| -------------------------------------------- | --- | ------------------------------------------------------------------ |
| v.                                           | :   | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| VAMSIDHAR VURIMINDI AND ANN BORIS            | :   |                                                                    |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| PETITION OF: VAMSIDHAR VURIMINDI             | :   |                                                                    |
|                                              |     |                                                                    |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION  | :   | No. 593 EAL 2017                                                   |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| v.                                           | :   | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| VAMSIDHAR VURIMINDI AND ANN BORIS            | :   |                                                                    |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| PETITION OF: VAMSIDHAR VURIMINDI             | :   |                                                                    |
|                                              |     |                                                                    |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION  | :   | No. 594 EAL 2017                                                   |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| v.                                           | :   | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| VAMSIDHAR VURIMINDI AND ANN BORIS            | :   |                                                                    |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| PETITION OF: VAMSIDHAR VURIMINDI             | :   |                                                                    |
|                                              |     |                                                                    |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION  | :   | No. 595 EAL 2017                                                   |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| v.                                           | :   | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
|                                              | :   |                                                                    |
|                                              | :   |                                                                    |
| VAMSIDHAR VURIMINDI AND ANN BORIS            | :   |                                                                    |
|                                              | :   |                                                                    |

PETITION OF: VAMSIDHAR VURIMINDI          :
                                          :
THE HOOPSKIRT LOFTS                       :    No. 596 EAL 2017
CONDOMINIUM ASSOCIATION                   :
                                          :
                                          :
                                          :    Petition for Allowance of Appeal from
              v.                          :    the Order of the Commonwealth Court
                                          :
                                          :
VAMSIDHAR VURIMINDI AND ANN               :
BORIS                                     :
                                          :
                                          :
PETITION OF: VAMSIDHAR VURIMINDI          :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.